## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Chapter 13
JAMES F GANE
MARY JANE W GANE

                    Debtor                    Bankruptcy No. 17-13369-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

_____        09/24/19
                    Ashely M. Chan
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID HAMILTON LANG ESQ
MICHAEL F.X. GILLIN & ASSOC PC
230 NORTH MONROE STREET
MEDIA, PA 19063-

Debtor:
JAMES F GANE
MARY JANE W GANE
110 LYNN ROAD

RIDLEY PARK, PA 19078